(March 31, 1922.)

SWEANEY & SMITH COMPANY, a Corporation, and THE WEISER LOAN AND TRUST COMPANY, a Corporation, Respondents, v. THE RELIANCE INSURANCE COMPANY OF PHILADELPHIA, PENNSYLVANIA, Appellant.

APPEAL from the District Court of the Seventh Judicial District, for Washington County. Hon. Ed. L. Bryan, Judge.

Action to recover on fire insurance policy. Judgment for plaintiffs. *Affirmed.*

Karl Paine and Geo. Donart, for Appellant.

Ed. R. Coulter, Frank D. Ryan and L. L. Burtenshaw, for Respondents.

BUDGE, J.—In this case the facts and questions of law are substantially the same as in the case of *Sweaney & Smith Co. et al. v. St. Paul Fire & Marine Ins. Co. of St. Paul, ante,* p. 303, 206 Pac. 178. Upon the authority of that case, the judgment herein is affirmed. Costs are awarded to respondents.

Rice, C. J., and McCarthy, Dunn and Lee, JJ., concur.